**No. 10-10584. Darrell Turner, Petitioner v. United States.**

564 U.S. 1028, 131 S. Ct. 3050, 180 L. Ed. 2d 862, 2011 U.S. LEXIS 4706.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-10585. Jackson Bryant Baugus, Petitioner v. United States.**

564 U.S. 1028, 131 S. Ct. 3044, 180 L. Ed. 2d 862, 2011 U.S. LEXIS 4633.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10587. Randy A. Albertson, Petitioner v. United States.**

564 U.S. 1028, 131 S. Ct. 3045, 180 L. Ed. 2d 862, 2011 U.S. LEXIS 4725.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 645 F.3d 191.

**No. 10-10588. Fredie Antonio Flores-Prieto, Petitioner v. United States.**

564 U.S. 1028, 131 S. Ct. 3045, 180 L. Ed. 2d 862, 2011 U.S. LEXIS 4598.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 417 Fed. Appx. 393.

**No. 10-10590. Edgar Ramos, Petitioner v. United States.**

564 U.S. 1028, 131 S. Ct. 3045, 180 L. Ed. 2d 862, 2011 U.S. LEXIS 4779.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 629 F.3d 60.

**No. 10-10593. Charles Ellwood Gwathney, Petitioner v. J. Ziegler, Warden.**

564 U.S. 1028, 131 S. Ct. 3045, 180 L. Ed. 2d 862, 2011 U.S. LEXIS 4754.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 404 Fed. Appx. 733.

**No. 10-10594. Porfirio Hernandez, Petitioner v. United States.**

564 U.S. 1028, 131 S. Ct. 3045, 180 L. Ed. 2d 862, 2011 U.S. LEXIS 4650.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-10595. Reynold Gelin, Petitioner v. United States.**

564 U.S. 1028, 131 S. Ct. 3046, 180 L. Ed. 2d 862, 2011 U.S. LEXIS 4687.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 419 Fed. Appx. 313.